PAUL W. LATHAM, Respondent, *v.* PATRICK B. DELANY, Appellant.

(Argued April 13, 1892; decided May 3, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made June 1, 1891, which affirmed a judgment in favor of plaintiff and affirmed an order denying a motion for a new trial.

*E. Louis Lowe* for appellant.

*William C. Davis* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____